IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03-cv-01526-EWN-BNB

MICHAEL SEDILLOS,
BEA SHEPARD,
ROXANNE RHODES,
JENNIFER WERNER,
CECELIA WALTERS, and the
DENVER CLASSROOM TEACHERS ASSOCIATIONS,

      Plaintiffs,

v.

THE BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1
  IN THE CITY AND COUNTY OF DENVER, and
JERRY WARTGOW,
OFFIE HOBBS and
JANE AND JOHN DOES 1-7, in their individual capacities,

      Defendants.
_____

EDWARD W. NOTTINGHAM, Judge
Teri Bates, Secretary

"Plaintiffs' Amended Unopposed Motion to Reschedule Final Pretrial Conference (Docket No. 127), filed on September 29, 2005, is GRANTED. The Final Pretrial Conference is continued from October 28, 2005 to Friday, **December 9, 2005** at 4:00 o'clock p.m.

Dated: October 26, 2005