IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03-cv-01526-EWN-BNB

MICHAEL SEDILLOS,
BEA SHEPARD,
ROXANNE RHODES,
JENNIFER WERNER,
CECELIA WALTERS, and the
DENVER CLASSROOM TEACHERS ASSOCIATIONS,

    Plaintiffs,

v.

THE BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1
  IN THE CITY AND COUNTY OF DENVER, and
JERRY WARTGOW,
OFFIE HOBBS and
JANE AND JOHN DOES 1-7, in their individual capacities,

    Defendants.

_____
EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Plaintiffs' Unopposed Motion to Reschedule Final Pretrial Conference" filed September 29, 2005, is DENIED as moot.

Dated: November 8, 2005