IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03-cv-01526-EWN-BNB

MICHAEL SEDILLOS,
BEA SHEPARD,
ROXANNE RHODES,
JENNIFER WERNER,
CECELIA WALTERS, and the
DENVER CLASSROOM TEACHERS ASSOCIATIONS,

    Plaintiffs,

v.

THE BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1
  IN THE CITY AND COUNTY OF DENVER, and
JERRY WARTGOW,
OFFIE HOBBS and
JANE AND JOHN DOES 1-7, in their individual capacities,

    Defendants.

_____

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

"Plaintiffs' Unopposed Motion for Leave to Participate in Final Pretrial Conference by Telephone" filed November 8, 2005, is GRANTED. Mr. Roseman will be contacted at the telephone number listed in Plaintiffs' motion.

Dated: November 9, 2005