IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-N-1526 (BNB)

MICHAEL SEDILLOS,
BEA SHEPARD,
ROXANNE RHODES,
JENNIFER WERNER,
CECELIA WALTERS, and
THE DENVER CLASSROOM TEACHERS ASSOCIATION,

Plaintiffs,

v.

THE BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1 IN THE CITY AND
COUNTY OF DENVER,
JERRY WARTGOW,
OFFIE HOBBS, and
JANE AND JON DOES 1-7, in their individual capacities,

Defendants.

**ORDER**

This matter is before me on the **Stipulated Motion for Limited Waiver, To Reconvene Depositions and for Supplemental Discovery Responses** (the "Stipulated Motion"), filed October 28, 2005. I held a hearing on the Stipulated Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Stipulated Motion is GRANTED.

IT IS FURTHER ORDERED that the depositions of Jerry Wartgow and Patrick Mooney may be reopened for an additional two hours each, consistent with the limitations imposed in the

1

Stipulated Motion.  The reopened depositions shall be completed on or before **January 3, 2006**.

IT IS FURTHER ORDERED that the defendants shall, on or before **January 3, 2006**, serve a supplemental response to Interrogatory No. 1 of the Plaintiffs' Third Set of Discovery Requests.

Dated November 17, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge