IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01526–EWN–BNB

MICHAEL SEDILLOS,
BEA SHEPARD,
ROXANNE RHODES,
JENNIFER WERNER,
CECELIA WALTERS, and
THE DENVER CLASSROOM TEACHERS ASSOCIATIONS,

      Plaintiffs,

v.

THE BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1
  IN THE CITY AND COUNTY OF DENVER, and
JERRY WARTGOW,
OFFIE HOBBS and
JANE AND JOHN DOES 1-7, in their individual capacities,

      Defendants.

**ORDER SETTING TRIAL
ON TRAILING CALENDAR**

Due to the circumstances of its criminal and civil caseload, and upon the finding that certain civil cases can be handled more promptly only if they are set on a civil trailing calendar, it is

**ORDERED** as follows:

1. This case is hereby set for an eight-day trial to jury, commencing at 9:00 o'clock a.m. on

**January 9, 2006.**

2.   This is a trailing setting. Specifically, the case may trail behind any criminal trial which must be set over it in order to comply with the Speedy Trial Act, 18 U.S.C. § 3161. It may also trail behind other civil trials, based on the date of filing, priorities required by statute, and other considerations which have been brought to the attention of the court.

3.   The parties should be prepared to try the case on the date specified or as soon thereafter as the court's trial schedule will permit.

Dated this 15th day of December, 2005.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge