IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 03-cv-01526-EWN-BNB

MICHAEL SEDILLOS,
BEA SHEPARD,
ROXANNE RHODES,
JENNIFER WERNER,
CECELIA WALTERS, and
THE DENVER CLASSROOM TEACHERS ASSOCIATION,

Plaintiffs,

v.

THE BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1 IN THE CITY AND
COUNTY OF DENVER,
JERRY WARTGOW,
OFFIE HOBBS, and
JANE AND JON DOES 1-7, in their individual capacities,

Defendants.

---

**ORDER**

---

I am informed that this case has been resolved. Accordingly,

IT IS ORDERED that on or before **January 20, 2006**, the parties shall file a stipulation or motion to dismiss with prejudice, pursuant to Fed. R. Civ. P. 41(a), or a status report addressing why dismissal has not been accomplished.

Dated December 27, 2005.

BY THE COURT:

  s/ Boyd N. Boland
United States Magistrate Judge

1