IN THE UNITED STATES DISTRICT COURT
AND FOR THE DISTRICT OF COLORADO

Civil Action No.:       03-CV-01526-EWN-BNB

MICHAEL SEDILLOS,
BEA SHEPARD,
ROXANNE RHODES,
JENNIFER WERNER,
CECILIA WALTERS,
DENVER CLASSROOM TEACHERS ASSOCIATION,

     Plaintiffs,

v.

THE BOARD OF EDUCATION OF SCHOOL DISTRICT # 1 IN THE CITY AND COUNTY OF DENVER,
JERRY WARTGOW,
OFFIE HOBBS,
JANE AND JOHN DOES 1-7, in their individual capacities,

     Defendants.
_____

### ORDER GRANTING JOINT MOTION TO VACATE TRIAL PREPARATION CONFERENCE AND STAY TRIAL DATE

Upon consideration of the parties' Joint Motion to Vacate Trial Preparation Conference and Stay Trial Date filed Friday, December 30, 2005,

**IT IS HEREBY ORDERED** that the Trial Preparation Conference currently set for January 5, 2006, is hereby vacated and the date of commencement of trial, January 9, 2006, is hereby stayed.

Dated this 4th day of January, 2006.

                                            s/ Edward W. Nottingham
                                            EDWARD W. NOTTINGHAM
                                            United States District Judge