IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 03-cv-01526-EWN-BNB

MICHAEL SEDILLOS,
BEA SHEPARD,
ROXANNE RHODES,
JENNIFER WERNER,
CECELIA WALTERS, and
THE DENVER CLASSROOM TEACHERS ASSOCIATION,

Plaintiffs,

v.

THE BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1 IN THE CITY AND
COUNTY OF DENVER,
JERRY WARTGOW,
OFFIE HOBBS, and
JANE AND JON DOES 1-7, in their individual capacities,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion for Expedited Preparation of Transcript** (the "Motion"), filed on January 18, 2006.

IT IS ORDERED that the Motion is GRANTED.

DATED: January 18, 2006