IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 03–cv–01526–EWN–BNB

MICHAEL SEDILLOS,
BEA SHEPARD,
ROXANNE RHODES,
JENNIFER WERNER,
CECELIA WALTERS, and
THE DENVER CLASSROOM TEACHERS ASSOCIATIONS,

    Plaintiffs,

v.

THE BOARD OF EDUCATION OF SCHOOL DISTRICT NO. 1
  IN THE CITY AND COUNTY OF DENVER, and
JERRY WARTGOW,
OFFIE HOBBS and
JANE AND JOHN DOES 1-7, in their individual capacities,

    Defendants.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

This matter is before the court on the "Motion to Dismiss Defendant Offie Hobbs with Prejudice" filed January 31, 2006, the "Motion to Dismiss Defendant Jerry Wartgow with Prejudice" filed January 31, 2006, and the "Motion to Dismiss with Prejudice" filed January 31, 2006. The court having read the motions to dismiss filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 3rd day of February, 2006.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Judge